JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKED BRAND GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NAKED UNDIES, LLC, <br><br> Defendant. | Case No.  CV 15-6596-GW(PJWx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, filed as Exhibit A with Plaintiff's Notice of Dismissal [35], it is hereby ORDERED that the above-captioned proceeding is dismissed with prejudice.  Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 1, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE